# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR AN ARREST WARRANT

I, Jared Purdy, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is submitted in support of a criminal complaint charging AARON MICHAEL EDWARDS, with two counts of violating Title 18, United States Code, Section 2113 (Bank Robbery). The facts set forth in this affidavit come from personal observations, training and experience, and information obtained from other law enforcement professionals and witnesses. Due to the limited purpose of this affidavit, your affiant has not included each and every fact known concerning this investigation, although, to the best of his information, knowledge and belief, your affiant has not omitted any material fact that undermines the statements and conclusions herein. Your affiant has set forth only the facts necessary to establish probable cause to show that Aaron Michael Edwards committed the crime of Bank Robbery in violation of Title 18, United States Code, Section 2113(a). These crimes all occurred in the state and District of Colorado.

2. Your affiant has been a Police Officer for over 17 years with the Denver Police Department and is currently assigned to the Major Crimes Division and detailed to the Rocky Mountain Safe Streets Task Force (RMSSTF) of the Federal Bureau of Investigations (FBI) as a Task Force Officer (TFO). Your affiant has conducted investigations of offenses including robbery, auto theft, assault, burglary and various property and narcotics related crimes. Your affiant has received training in basic and specialized methods of investigation, including but not limited to the general questioning of witnesses and suspects, the review of phone and computer records, physical surveillance and the detection and collection of physical evidence. Your affiant also regularly consults with other experienced law enforcement officers who have likewise participated in these types of investigations.

## INVESTIGATION

**Robbery #1 – Chase Bank 3435 S University Blvd, Englewood, CO**

3. On January 3, 2023, at approximately 9:45 am., Englewood Police officers and members of the FBI Rocky Mountain Safe Streets Task Force (RMSSTF) responded to the Chase Bank at 3435 S. University Blvd., Englewood, Colorado, an FDIC-insured financial intuition, for a report of a bank robbery that just occurred. The robber fled the area prior to the officers' arrival.

4. RMSSTF Task Force Officer (TFO) Daniel Kim contacted the victim, identified as N.B., a Chase Bank teller. N.B. related that he was working at teller station number two on the morning of January 3, 2023. N.B. related that the suspect entered the bank and waited to be helped. N.B. related that he greeted the suspect, and the suspect approached the counter. N.B. reported that the suspect presented a robbery note that stated "This is a robbery give me $100s, $50s…Do not press any buttons…." N.B. related that he was too flustered to read the rest of the note. N.B. related that the suspect then told him "You don't want to get hurt…" Out of fear, N.B. reported that he gave the suspect $500, the suspect took the money and left the bank.

5. The suspect was described as a white male, between 30 and 40 years old, between 5'10" and 6'01", medium build, wearing a winter hat with ear flaps, prescription eyeglasses, a gray shirt or sweater, dark colored pants, and black shoes.



**Robbery #2 – First Bank 2740 S Colorado Blvd, Denver, CO**

6. On January 3, 2023, at approximately 10:10 a.m., Denver Police Officers responded to the First Bank at 2740 S Colorado Blvd in the City and County of Denver, for a report of a bank

3

robbery. The suspect fled before officers arrived in the area.  The victim teller was identified to be M.W.

7. M.W. reported that the suspect walked into the bank and went to the deposit slip island for a few minutes. M.W. related that the suspect waited until she greeted him, then he approached the counter. M.W. reported that the suspect presented a handwritten note that demanded hundred-dollar bills and fifty-dollar bills from her top and bottom drawer. The note also read, "don't talk to anyone." M.W. related that she realized she was being robbed and was in fear for her safety.  M.W. reported that she gave the suspect most of the money from her top and bottom drawer until the suspect told her; "That's enough." M.W. related that the suspect took the money and exited the bank.

8. The suspect was described as a white male, between 30 and 40 years old, between 5'10" and 6'01", medium build, wearing a winter hat with ear flaps, prescription eyeglasses, a gray shirt or sweater, dark colored pants, and black shoes.



9. An audit of the victim teller's drawer was completed, and it was determined that the suspect took $5,734.00 in United States Currency.

10. Your affiant responded to the bank and spoke with the victim and witnesses.  Your affiant received still images of the suspect from First Bank security captured from surveillance video. The image showed the suspect was not wearing gloves and clearly touched the deposit slip island and the counter. The Crime Scene Unit responded and lifted several latent prints. C.S.I. Ross McColm processed the deposit slip island and the counter, at

teller station 3, for latent prints. C.S.I. McColm reviewed still images of the suspect at the deposit slip island and the counter to determine which areas to process for latent prints. C.S.I. McColm lifted several latent prints.

11. Upon reviewing the still images, your affiant and other members of the RMSSTF determined that the same suspect robbed the Chase Bank at 3435 S University Blvd in the City of Englewood at approximately 9:45 a.m.

12. On January 6, 2023, Detective received a report from the Latent Print Unit of the Denver Crime Lab. The report was completed by Forensic Scientist Elizabeth Ennenga. The report stated that ten latent fingerprints lifted from the crime scene by C.S.I. McColm were entered into the Automated Fingerprint Identification System. One of the latent fingerprints lifted from the counter at teller station number three received a match to Aaron Edwards.

13. Your affiant contacted First Bank Security and learned that First Bank did not have any records of a customer named Aaron Edwards.

14. On the afternoon of January 6, 2023, Detective Monahan authored a state arrest warrant for Edwards. The arrest warrant was signed by the Honorable Judge Wheeler and entered into the NCIC / CCIC system.

15. On January 7, 2023, at approximately 2:00 p.m., Denver Police Officers responded to the Chase Bank at 3000 E 3rd Ave in the City and County for Denver for a report of a bank robbery. The victim teller was identified to be L.A. Your affiant responded to the bank. L.A. reported that he suspected entered the bank and approached the counter. L.A. reported that the suspect made a verbal demand for $50 and $100 bills. L.A. stated that the suspect told him, "Don't make me pull out my gun…" L.A. related that he was in fear for his safety. L.A. related that he gave the suspect $500 in United States Currency. L.A. reported that the suspect stated, "That's not all you have…" L.A. related he told the suspect that was all the money had access to, the suspect took the money and left the bank. Your affiant obtained still images of the suspect from Chase Bank security by email. The suspect matched the general physical description of Edwards. The words used in the verbal demand were similar to the words sued in the robbery note on January 3, 2023.

16. On January 12, 2023, at approximately 7:00 a.m. Your affiant was notified that Aaron Edwards was arrested at 5201 W Colfax Ave, by a Lakewood Police Officer after he was observed smoking suspected fentanyl.

5

17.     At approximately 1:30 p.m. on January 12, 2023, your affiant responded to the Jefferson County Detention Center and spoke with Edwards. The interview was recorded on Your affiant's body worn camera. Your affiant advised Edwards of his Miranda Rights by reading them to him from a Denver Police Department Advisement form. Edwards waived his rights and signed the Advisement form.

18.     Edwards related that he was homeless and did not recall much of the details of his arrest on January 12th. Edwards confirmed that he did not have a bank account and, at first, stated he had never been to the First Bank at 2740 S Colorado Blvd before.  Your affiant explained the aforementioned facts to Edwards.  Edwards then related that he went into the First Bank and was advised to do so by a man named Michael, who he knew from the streets as "Boston". Edwards related that "Boston" forced him to do the robbery. Edwards related that he did not have gun pointed at his head, but he felt pressure to do the robbery. Edwards admitted that he wrote the robbery note.

19.     Edwards denied participation in the robbery on January 7, 2023, at 3000 E 3rd Ave in Denver. Edwards then viewed images of the suspect at the three banks mentioned above. Edwards identified still images of himself as the suspect in the two robberies at 2740 S Colorado Blvd and 3445 S University Blvd on January 3, 2023 but denied participation in the robbery at 3000 E 3rd Ave on January 7, 2023 and told your affiant that the suspect at 3000 E 3rd Ave was "Boston".

20.     Edwards related that he did not recall how much money he took from 2740 S Colorado Blvd, but that he took $500 from Chase Bank at 3445 S University Blvd. Edwards related that "Boston" was upset with him when he only got $500. Edwards related that "Boston" told him he did not do it right and that they were going to hit another bank right away. Edwards related that "Boston" picked the banks and told him what to do. Edwards explained that "Boston" told him that robbing banks in this manner was fool proof and, if he did it right, he would never get caught. Edwards related that he gave the money to "Boston", who kept most of the money because it was his idea.

## SUMMARY

21. Based on the information provided herein, your affiant believes probable cause exists to show AARON MICHAEL EDWARDS committed two violations of Title 18, United States Code, Section 2113(a) in the state of Colorado.

Respectfully submitted,
<i>/s/ William Monahan</i>
William Monahan, Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me by telephone on January 19, 2023

_____
U.S. MAGISTRATE JUDGE JAMES P. O'HARA

**Reviewed and submitted by Brian Dunn, Assistant United States Attorney.**